| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Aetna Life Insurance Company, | § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-12-1206 |
| Humble Surgical Hospital, LLC, | | |
| Defendant. | | |

## Order to Substitute Counsel

On Humble Surgical Hospital's motion, Charles Babcock, John Edwards, Monte James, and William Stowe are withdrawn as attorney of record for the defendant, and Brian Melton is substituted. (104, 105)

No delay will be countenanced because of this change.

Signed on May 10, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge