| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Aetna Life Insurance Company, | § § | |
| Plaintiff, | § § | |
| versus | § | Civil Action H-12-1206 |
| Humble Surgical Hospital, LLC, | § § § | |
| Defendant. | § | |

## Management Order

1. By 3:00 p.m. on June 5, 2013, Humble Surgical Hospital, LLC, must give Aetna Life Insurance Company every record it has for the patient with the ear-wax removal.

2. By June 11, Humble must give Aetna what it has that supports the necessity and reasonableness of the amounts that the hospital charged for the top forty claims. It must give everything that shows the validity of the charges in the fee schedule.

3. By June 11, Humble must give Aetna all of its collections and billing documents for the patients in the top forty claims, including receipts for collections and letters sent to patients for co-payments and co-insurance.

4. The production in the last few weeks has been too late and too disorganized, and the presentation of Humble's status was impossibly empty; none of it rehabilitates Humble for its recalcitrance.

Signed on June 5, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge