IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AETNA LIFE INSURANCE CO., | § § | JURY DEMANDED |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION |
| HUMBLE SURGICAL HOSPITAL LLC, | § § § | NO. 4:12-cv-1206 |
| Defendant. | § § | |

**AETNA'S NOTICE DEVELOPMENTS AND REQUEST FOR STATUS CONFERENCE**

1. As Aetna previously informed this Court, the United States District Judge in Humble's Connecticut case against Aetna held a status conference on February 28, 2014 and indicated that she intended to transfer the case to Houston.

2. Aetna filed the attached notice to apprise the Connecticut District Court of the status of this litigation. *See* Exhibit A, Aetna's Notice of Developments Since the February 28 hearing.

3. In addition, Aetna recently learned that the owners of Humble have opened another hospital, Westside Surgical Hospital, at the location of the former Twelve Oaks Hospital off the Southwest Freeway.  Aetna has reason to believe that Westside is carrying out the same fraudulent scheme as Humble, which includes gouging managed care companies and paying kickbacks to referring physicians.

4. Humble also recently designated new lead counsel, its fourth set in this case.

HOU:3441337.1

5.      Aetna therefore requests that the Court hold a status conference to further discuss these developments.

          **Respectfully submitted,**

          **ANDREWS KURTH LLP**

By:  /s/ *John B. Shely*
       **John B. Shely**
       Federal ID No. 7544
       State Bar No. 18215300
       **Dena Palermo**
       State Bar No. 08928830
       Federal ID No. 6082
       600 Travis Street, Suite 4200
       Houston, Texas 77002
       (713) 220-4105 (JBS)
       (713) 220-3846 (DP)
       jshely@andrewskurth.com
       dpalermo@andrewskurth.com

**ATTORNEYS FOR PLAINTIFF AETNA LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

On June 11, 2014, counsel for Aetna electronically filed the forgoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

       */s/ Dena Palermo*
       Dena Palermo

HOU:3441337.1