UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Aetna Life Insurance Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-12-1206 |
| | § | |
| Humble Surgical Hospital, LLC, | § | |
| | § | |
| Defendant. | § | |

## Order on Notice

1.    A ruling on pending motions is forthcoming.

2.    Humble Surgical Hospital, LLC, must keep audio and paper records of its communications with members in which Aetna is mentioned.

Signed on October 8, 2014, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge