| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Aetna Life Insurance Company,                §
                                             §
      Plaintiff,                      §
                                             §
versus                                       §            Civil Action H-12-1206
                                             §
Humble Surgical Hospital, LLC,               §
                                             §
      Defendant.                      §

## Order on Protection

1. For more than a year, Humble Surgical Hospital, LLC, has abused this court's protective order. It has designated *en masse* the papers it was ordered to produce as confidential and attorney's eyes only without regard to the content of the production. Eighteen months ago, this court admonished Humble that it could not abuse the protective order in this way. It was told to accurately designate its production. It has not.

2. Humble's original excuse – that it had to designate everything as confidential to meet a deadline – rings hollow eighteen months later. The assurances of cooperation from Humble's sixth set of lawyers, while appreciated, are too little too late. Its invitation that Aetna Life Insurance Company tell it what needs to be re-designated is an invitation to bear the cost of Humble's indolence. Aetna may be excused for declining it.

3. Humble Surgical Hospital, LLC, may not claim anything that it has produced as confidential or for attorneys' eyes only.

Signed on July 15, 2015, at Houston, Texas.

                                            Lynn N. Hughes
                                   United States District Judge