| United States District Court | Southern District of Texas |
|---|---|

Aetna Life Insurance Company, §
§
　　　　Plaintiff, §
§
versus § Civil Action H-12-1206
§
Humble Surgical Hospital, LLC, §
§
　　　　Defendant. §

## Order Clarifying Protection

This court's order of July 15, 2015, obviously does not preclude Humble Surgical Hospital, LLC, or Aetna Life Insurance Company from redacting information protected by other law.

Signed on July 21, 2015, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge