| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| Aetna Life Insurance Co., | § § § § | |
| Plaintiff, | | |
| *versus* | § § § § § § | Civil Action 4:12-cv-01206 |
| Humble Surgical Hospital, LLC, | | |
| Defendant. | | |

## NOTICE OF STATUS AND REQUEST FOR ENTRY OF ORDER ON GARNISHMENT

1.     On February 3, 2017, the Court entered Final Judgment in the above-referenced matter authorizing Plaintiff Aetna Life Insurance Company ("Aetna") to take from Defendant Humble Surgical Hospital LLC ("Humble") $41,411,650.98, plus $9,938,796.24 in pre-judgment interest, plus post-judgment interest at the rate of 0.81% per annum, and plus costs of court (Dkt#320).

2.     The Final Judgment is valid and subsisting and remains unsatisfied.

3.     Aetna intends to garnish funds from third-parties believed to be indebted to Humble.

4.     Attached hereto is an Application for Writs of Garnishment After Judgment ("Application") with supporting evidence.

5.     Aetna requests the Court, upon consideration of the Application, enter an Order for post-judgment writs of garnishment.

Respectfully submitted,

By: *s/ John B. Shely*
    **John B. Shely**
    State Bar No. 18215300
    Federal ID No. 7544
    **Brian C. Pidcock**
    State Bar No. 24074895
    Federal ID No. 1654553
    **Kelsey J. Hope**
    State Bar No. 24092538
    Federal ID No. 2639626
    **Andrews Kurth Kenyon LLP**
    600 Travis Street, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 220-4200
    jshely@andrewskurth.com

*Attorneys-In-Charge For Aetna Life Insurance Company*

## Certificate Of Service

I hereby certify that on February 22, 2017, I electronically filed the forgoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

    *s/ John B. Shely*
    John B. Shely